# Court of Appeals
# of the State of Georgia

ATLANTA, __July 22, 2019_____

*The Court of Appeals hereby passes the following order:*

**A19A2368. BRADLEY ALEXANDER GILLISPIE v. THE STATE.**

Bradley Alexander Gillispie pled guilty to theft by taking, and the trial court placed him on probation under the First Offender Act, OCGA § 42-8-60 et seq. Thereafter, the trial court revoked Gillispie's probation. Gillispie has filed a direct appeal of the order revoking his probation. We lack jurisdiction.

The discretionary appeal procedure of OCGA § 5-6-35 (a) (5) applies to the revocation and modification of "first offender" probation. See *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997); *Dean v. State*, 177 Ga. App. 123, 124-125 (1) (338 SE2d 711) (1985). Because Gillispie failed to follow the discretionary appeal procedure, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__07/22/2019_____*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*